[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-14625
Non-Argument Calendar
_____

D.C. Docket No. 6:10-cv-01072-ACC-GJK


PETER E. WICHER,

                                                        Plaintiff-Appellant,

                              versus

OSCEOLA COUNTY SHERIFF'S OFFICE, et al.,

                                                        Defendants,

JOHN DOES, 1-5,
ROBERT E. HANSELL,
Sheriff of Osceola County,

                                                        Defendants-Appellees.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 7, 2013)

Before JORDAN, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:


This is an appeal from the dismissal without prejudice of plaintiff/appellant's, Peter E. Wicher's, verified amended complaint filed against defendants/appellees, Osceola County Sheriff's Office, Joseph Esposito, John Does 1-5, Robert E. Hansell, Sheriff of Osceola County, on Wicher's claims for substantive and procedural due process under the Fourteenth Amendment, his free speech claims under the First and Fourteenth Amendments, and his state law claims for violations of Fla. Stats. §§ 112.532.33 (2010).

We have reviewed the record in this appeal, the briefs, and the arguments of counsel.  Finding no error, we affirm the judgment of the district court.

AFFIRMED.